Smith v. Commonwealth Of Virginia                                                                                    Doc. 4

```
                    IN THE UNITED STATES DISTRICT COURT
                   FOR THE WESTERN DISTRICT OF VIRGINIA
                              ROANOKE DIVISION
```

JOSEPH SHANNON SMITH,  )
    Petitioner, ) Civil Action No. 7:07-cv-00390
)
v. ) **FINAL ORDER**
)
COMMONWEALTH OF VIRGINIA, ) By: Hon. James C. Turk
    Respondent. ) Senior United States District Judge

In accordance with the accompanying memorandum opinion, it is hereby

### ADJUDGED AND ORDERED

that this action, styled by petitioner as a petition for a writ of coram nobis, shall be and hereby is **CONSTRUED and DISMISSED**, pursuant to 28 U.S.C. § 2244(b), as a second or successive petition for a writ of habeas corpus under 28 U.S.C. § 2254, and the action is hereby stricken from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to petitioner.

ENTER: This 24th day of August, 2007.

                                                            Senior United States District Judge

[Clerk's Office stamp: CLERK'S OFFICE U.S. DIST. COURT AT ROANOKE, VA FILED AUG 23 2007 JOHN F. CORCORAN, CLERK BY: DEPUTY CLERK]

Dockets.Justia.com