CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 23 2007

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JOSEPH SHANNON SMITH,<br>    Petitioner, | Civil Action No. 7:07-cv-00390 |
| v. | **FINAL ORDER** |
| COMMONWEALTH OF VIRGINIA,<br>    Respondent. | By: Hon. James C. Turk<br>Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that this action, styled by petitioner as a petition for a writ of coram nobis, shall be and hereby is **CONSTRUED and DISMISSED**, pursuant to 28 U.S.C. § 2244(b), as a second or successive petition for a writ of habeas corpus under 28 U.S.C. § 2254, and the action is hereby stricken from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to petitioner.

ENTER: This 24th day of August, 2007.

/s/ James C. Turk
Senior United States District Judge